UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE OVIDIO HERNANDEZ,

Plaintiff,

-against-

TOWN OF RYE JUSTICE COURT Et Al.,

Defendants.

26-CV-4431 (KMW)

CIVIL JUDGMENT

KIMBA M. WOOD, United States District Judge:

For the reasons stated in the October 01, 2026 Order, The Court dismisses the second amended complaint as barred by the Eleventh Amendment and for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: October 09, 2026
New York, New York

/s/ Kimba M. Wood

KIMBA M. WOOD
United States District Judge